UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE JONES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PORTFOLIO HOTELS & RESORTS, LLC, et al.,<br><br>　　　　　Defendant. | Case No. 5:15-cv-01643-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 24)** |

Based on the parties' joint case management statement[1] and statements made at today's case management conference,[2]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

IT IS FURTHER ORDERED that the parties shall participate in private mediation no later than January 20, 2016.

---

[1] *See* Docket No. 24.

[2] *See* Docket No. 26.

1

Case No. 5:15-cv-01643-PSG
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Close of Discovery | February 29, 2016 |
| Dispositive Motion Filings | April 15, 2016 |
| Experts Disclosed and Reports Provided | April 29, 2016 |
| Rebuttal Experts Disclosed and Reports Provided | May 13, 2016 |
| Dispositive Motion Hearing | May 24, 2016 |
| Close of Expert Discovery | May 27, 2016 |
| Pre-Trial Conference | July 26, 2016 at 10:00 AM |
| Jury Trial | August 15, 2016 at 9:30 AM |

**SO ORDERED.**

Dated:  August 11, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge